SIDNEY BLUMENTHAL & COMPANY, Respondent, v.
BERNARD RADOW et al., Appellants.

*Blumenthal & Co.* v. *Radow*, 173 App. Div. 968, affirmed.

(Submitted December 3, 1918; decided January 7, 1919.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered May 31, 1916, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover for
an alleged breach of contract. The complaint alleged
that defendants entered into a written contract whereby
they agreed to purchase from the plaintiff certain goods
at an agreed price; that part of the goods were delivered
but that defendants refused to accept or pay for the
balance. Defendants contended that the contract sued
upon lacked elements of mutuality and definiteness and
that plaintiff by demanding advance payments and failing
to deliver goods breached the contract so as to relieve
defendants from liability.

*G. A. McLaughlin* for appellants.

*Laurence Arnold Tanzer, Eugene Blumenthal* and
*David Levy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
HOGAN and CRANE, JJ. Not sitting: MCLAUGHLIN, J.